UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:12-cr-00455-GMN-PAL-1 |
| vs. ) | |
| ) | **ORDER** |
| RICHARD BERNARD NELSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Before the Court is Defendant Richard Bernard Nelson's Motion to Suspend Restitution Payments filed on February 9, 2015 (ECF No. 135), and the Government's Response in opposition to Defendant's Motion (ECF No. 136). For the reasons stated in the Government's Response, this Court denies Defendant's Motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Richard Bernard Nelson's Motion to Suspend Restitution Payments filed on February 9, 2015 (ECF No. 135) is **DENIED**.

**DATED** this 24th day of February, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court