# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Richard Bernard Nelson**

Case Number: **2:12CR00455**

Name of Sentencing Judicial Officer: **Honorable Gloria M. Navarro**

Date of Original Sentence: **May 23, 2013**

Original Offense: **Interference With Commerce By Robbery**

Original Sentence: **78 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **November 9, 2018**

Name of Assigned Judicial Officer: **Honorable Gloria M. Navarro**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Do Not Unlawfully Use Controlled Substance** - **You shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.**

    A. On November 13, 2018, Nelson tested positive for marijuana.

    B. On May 14, 2019, Nelson tested positive for methamphetamine.

RE: Richard Bernard Nelson

    C.  Nelson failed to report for drug testing on the following dates:

        December 28, 2018
        February 14, 2019
        March 1, 2019
        March 14, 2019
        April 2, 209
        May 13, 2019
        May 31, 2019

    D.  On December 17, 2018, Nelson reported for drug testing but failed to produce a urine specimen for testing. Thus, recorded as a stall.

2. **Residential Reentry Center – You must reside in a residential reentry center for a term up to 90 days. You must follow the rules and regulations of the center.**

    On April 29, 2019, Your Honor modified Nelson's conditions to include the requirement he reside at the Residential Reentry Center (RRC). Nelson commenced residence at the RRC on May 14, 2019.

    On May 30, 2019, Nelson was required to return to the RRC by 10:00 pm. Nelson failed to return and his current whereabouts are unknown. Nelson is considered an absconder from the RRC. As of the date of this report (June 4, 2019), Nelson has not returned to the RRC or contacted the undersigned officer to advise of his whereabouts.

3. **Report Change of Residence or Employment - The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.**

    As noted in allegation #2, Nelson was approved to reside at the Residential Reentry Center. On May 30, 2019, Nelson left the RRC without permission. As of the date of this report (June 4, 2019) his current whereabouts are unknown. Nelson failed to notify the undersigned officer prior to changing his residence.

RE: Richard Bernard Nelson

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

⊠ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **June 3, 2019**

Brandee Davis
2019.06.04
13:53:50 -07'00'

_____
Brandee Davis
United States Probation Officer

Approved:

Todd Fredlund
2019.06.04
12:14:27 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer

---

**THE COURT ORDERS**

☐   No Action.
☒   The issuance of a warrant.
☐   The issuance of a summons.
☐   Other:

_____
Signature of Judicial Officer

June 5, 2019
_____
Date

RE: Richard Bernard Nelson

Prob12C
D/NV Form
Rev. March 2017

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**
**UNITED STATES V. RICHARD BERNARD NELSON,  2:12CR00455**

**SUMMARY IN SUPPORT OF PETITION FOR WARRANT**
**June 3, 2019**

As reflected in this petition, Nelson is in violation of his release conditions by using marijuana, methamphetamine, failing to report for drug testing, and leaving the residential reentry center (RRC) without permission. Nelson has ceased communication with his probation officer and is considered an absconder.

In a report dated April 24, 2019, we informed Your Honor that Nelson and his girlfriend had an altercation prompting police response. Neither Nelson or his girlfriend were arrested. Because of the argument Nelson suffered a heart attack and was hospitalized. Due to the volatile relationship Nelson was no longer permitted to reside with his girlfriend. As such, on April 29, 2019, Your Honor modified Nelson's conditions to include placement at the RRC.  Nelson commenced placement at the RRC on May 14, 2019. As reflected in this petition, Nelson signed out of the facility on May 30, 2019 with a requirement to return by 10:00 pm. Nelson failed to return and his current whereabouts are unknown.

On May 13, 2019, Nelson failed to report for drug testing. Nelson reported to the probation office on May 14, 2019 and tested positive for methamphetamine. Nelson denied use. Nelson's urine specimen was sent to the National contracted laboratory and was confirmed positive for methamphetamine.

In a report dated May 14, 2019, we informed Your Honor that Nelson failed to report for drug testing a total of four times and recommended conditions be modified to include 20 hours of community service work with hopes there would no further missed tests. Nelson has continued to miss drug tests.

On June 3, 2019, the undersigned received a call from Nelson's sister, Angela Hill. Ms. Hill stated that Nelson reported to her home. She confirmed Nelson left the RRC, is currently using methamphetamine and is "on the streets". Ms. Hill further reported that Nelson lost all his property and is not taking any of his medications. She stated that Nelson is exhibiting signs of extreme paranoia. Ms. Hill allowed Nelson to shower at her home and encouraged him to turn himself in. Nelson told her that he was not turning himself in and that we would have to "catch him.". Ms. Hill stated Nelson is dangerous while on drugs and she fears for his safety and the safety of others because he will do anything and everything to get drugs.

RE: Richard Bernard Nelson

Prob12C
D/NV Form
Rev. March 2017

Nelson has a history of substance abuse and has now relapsed. He suffers from severe mental health issues, is currently off his medications, and is abusing methamphetamine. Nelson is a danger to the community and quite possibly to himself. Therefore, the issuance of a warrant to initiate revocation proceedings is requested. It is further recommended Nelson remain in custody pending disposition of this matter, as both a flight risk and danger to the community.

Respectfully submitted,

Brandee Davis
2019.06.04
12:20:00 -07'00'

Brandee Davis
United States Probation Officer

Approved:

Todd Fredlund
2019.06.04
12:14:46 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer