# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD BERNARD NELSON,<br><br>Defendant. | Case No.: 2:12-cr-00455-GMN-PAL<br><br>**ORDER PLACING THE OFFENDER IN THE RESIDENTIAL REENTRY CENTER AND PARTICIPATION IN THE C.A.R.E. PROGRAM** |

This Court held a hearing for Revocation of Supervised Release in this matter on July 3, 2019. ECF No. 210. At that hearing, the Court ordered that Richard Bernard Nelson, the defendant, reside in the Residential Re-entry Center (RRC), along with participation in the C.A.R.E program, for a term of up to 7 months in the event an inpatient treatment facility was unavailable. *Id*. U.S. Probation Officer Brandee Davis has indicated that Mr. Nelson will not qualify for inpatient treatment given Mr. Nelson's medical condition. Therefore, this order is issued to facilitate the administrative processes for placement in the RRC and participation in the C.A.R.E. Program for a period of up to 7 months.

## ORDER

IT IS HEREBY ORDERED that Richard Bernard Nelson shall comply with the following special condition of supervision:

<u>Residential Reentry Center</u>. You must reside in a residential reentry center for a term of up to 7 months. You must follow the rules and regulations of the center.

<u>C.A.R.E Program</u>.  You shall participate in the C.A.R.E. Program for a period of up to seven months as approved and directed by the probation officer. While participating in the program, if you test positive for alcohol, or any controlled substance, and/or any form of synthetic marijuana or synthetic stimulants, you will be taken into custody for a minimum period of seven days.

IT IS SO ORDERED this July  10 , 2019.

_____
GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT COURT